UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GRANADOS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INDYMAC BANK, F.S.B., a National Banking Corporation; TRUSTEE CORPS, a business entity of unknown form; ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. EDCV 09-113-VAP (CWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against INDYMAC BANK, F.S.B. and TRUSTEE CORPS is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 9, 2009

　　　　　　　　　　　　　　　　　　　　*Virginia A. Phillips*
　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28